UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FRED CHISOM, | ) | CASE NO. 05-1133RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF TRANSFER |
| | ) | |
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Fred Chisom filed an application to proceed *in forma pauperis* and a petition for habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1.) He previously filed two habeas petitions regarding the same conviction in this Court, one of which was dismissed with prejudice, *see Chisom v. State of Washington*, No. C02-2048Z, and the other of which was transferred to the Ninth Circuit Court of Appeals as a successive petition, *see Chisom v. State of Washington*, No. C04-2261C. As petitioner previously attempted to challenge this conviction, the instant petition must also be deemed successive. This Court is without jurisdiction to consider such a petition or motion until the Ninth Circuit Court of Appeals has authorized its filing. 28 U.S.C. § 2244(b)(3)(A). Accordingly, this case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals, in the interests of justice, pursuant to 28 U.S.C. § 1631.

ORDER OF TRANSFER
PAGE -1

Petitioner is advised that this transfer does not of itself constitute compliance with § 2244(b)(3); he must still file a motion for leave to proceed in the Court of Appeals and make the requisite showing required by § 2244(b)(2). Petitioner is referred to this statute for further information.

The Clerk is directed to close this case and transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to petitioner at his place of confinement.

DATED this 7th day of July, 2005.

/s/ Ricardo S.Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 5th day of July, 2005.

/s/ MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge

ORDER OF TRANSFER
PAGE -2